**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | MISC. No. 1-09-MJ-56 |
| | ) | |
| ADRIAN LAMONT PENDERGRASS | ) | |

<u>ORDER</u>

This matter was heard on March 24, 2009 before Magistrate Judge David L. Martin, on a removal hearing held pursuant to Rule 5 of the Federal Rules of Criminal Procedure, to determine whether the defendant, ADRIAN LAMONT PENDERGRASS, should be removed to the Western District of North Carolina to answer charges that he violated the conditions of supervised release in that District (arising from case No. 3:05CR70-MU). The defendant, being represented by counsel, having waived his right to an identity hearing and a preliminary examination, it is hereby:

ORDERED, ADJUDGED AND DECREED

The defendant is ordered removed in the custody of the United States Marshals Service to the judicial district of the Western District of North Carolina.

Per Order,


/s/Barbara J. Gilfillan
Deputy Clerk

ENTER:


DAVID L. MARTIN
United States Magistrate Judge


DATE: March 24, 2009